(297 F.)

In the Matter of NATIONAL GRAIN CORPORATION, Bankrupt. AMER-ICAN CREDIT INDEMNITY CO. OF NEW YORK, Petitioner. (Circuit Court of Appeals, Second Circuit. April 16, 1924.) No. 352. Petition to Re-vise Order of the District Court of the United States for the District of Con-necticut. Arthur Frank, of New York City, for petitioner. Benjamin Slade. of New York City, for respondent. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

CENTRAL RAILROAD COMPANY OF NEW JERSEY, Libelant-Appellant, v. Steamship NEW HAVEN, her engines, etc., New England Steamship Com-pany, Claimant-Appellee. NEW ENGLAND STEAMSHIP COMPANY, Libel-ant-Appellee, v. Ferryboat WILKES-BARRE, her engines, etc.; Central Railroad Company of New Jersey. Claimant-Appellant. (Circuit Court of Appeals, Second Circuit. April 7, 1924.) Nos. 295, 296. Appeals from the District Court of the United States for the Eastern District of New York. Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for Central Railroad of New Jersey. Haight, Smith, Griffin & Deming, of New York City (John W. Griffin, of New York City, of counsel), for New England Steamship Co. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decrees affirmed.

---

· OLD DOMINION LAND COMPANY, a Corporation, Plaintiff in Error, v. UNITED STATES of America. Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. February 9, 1924.) No. 2153. In Error to the District Court of the United States for the Eastern District of Virginia, at Norfolk. Thos. H. Willcox, of Norfolk, Va., and J. Winston Read and R. G. Bickford, both of Newport News, Va., for plaintiff in error. Paul W. Kear, U. S. Atty., and Luther B. Way, Asst. U. S. Atty, both of Norfolk, Va.

PER CURIAM. Judgment of District Court affirmed. April 9, 1924, writ of error from Supreme Court to review 296 Fed. 20 allowed.

---

Gottfred LINE, Libelant-Appellant, v. Steamship STAVANGAREN, her en-gines, etc.; M. L. Lavik, Claimant-Appellee. (Circuit Court of Appeals, Sec-ond Circuit. April 7, 1924.) No. 326. Appeal from the District Court of the United States for the Eastern District of New York. Silas B. Axtell, of New York City, for appellant. James A. Hatch, of New York City (John Tilney Carpenter and Rumsey & Morgan, all of New York City, of counsel), for re-spondent. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.